IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVE REED, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:04-CV-1064-JOF |
| VICTOR OKEREKE, et al., : | |
| : | |
| Defendants. : | |

## OPINION AND ORDER

This matter is before the court on Plaintiff's motion for a mistrial [121], motion in disagreement with December 8, 2006 [120] order on motion to appeal in forma pauperis, order on motion for miscellaneous relief, order on motion for reconsideration [122], motion for a new trial [123], and motion to move case to the U.S. Court of Appeals, Eleventh Circuit [124].

Plaintiff, Steve Reed, proceeding *pro se* and *in forma pauperis*, filed suit on March 11, 2004, against Defendants, Victor Okereke, Gary Morgan, Carlton Hailey, Annie Underwood, Alysia Shand, Marie Bar, Leola Scott, Tim Equals, and John Doe (hereinafter "Defendants"). Plaintiff's suit raised claims under 42 U.S.C. §§ 1981, 1982, 1983, and 1984, and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). On April 16, 2005, Magistrate Judge Baverman dismissed Plaintiff's Title VII

and 42 U.S.C. §§ 1982 and 1984 claims as frivolous. On October 31, 2005, Defendants filed a motion for summary judgment on Plaintiff's remaining claims. On July 12, 2006, Magistrate Judge Baverman issued a Report and Recommendation advising that this court grant Defendants' motion for summary judgment with regard to Plaintiff's remaining claims. On August 22, this court issued an order adopting Magistrate Judge Baverman's report and recommendation as the order of the court and granted summary judgment for Defendants.

In response, on September 7, 2006, Plaintiff filed a motion to appeal the court's order which the court has construed as a motion to appeal in forma pauperis. The same day Plaintiff filed a motion to rescind this court's order and the clerk's judgment and a motion for reconsideration of the same order. On December 8, 2006, this court issued an order denying Plaintiff's motion to appeal in forma pauperis, motion to rescind the court's order and the clerk's judgment and a motion for reconsideration of the same order.

On December 18, 2006, Plaintiff filed the motions currently before the court. On March 15, 2007, the Eleventh Circuit denied Plaintiff motion for leave to proceed on appeal in forma pauperis because the appeal is frivolous. The Circuit denied Plaintiff's motion for reconsideration of that order on April 20, 2007. The Circuit dismissed Plaintiff's appeal on May 11, 2007 for want of prosecution.

As Plaintiff has advanced no new argument in support of these motions, the court considers these motions as motions for reconsideration of prior orders. The Local Rules

prohibit any further motion for reconsideration. See Local Rule 7.2E ("Parties and attorneys for the parties shall not file motions to reconsider the court's denial of a prior motion for reconsideration."). Therefore, the court DENIES Plaintiff's motions.[1]

**IT IS SO ORDERED** this 20th day of June 2007.

                                         s/ J. Owen Forrester
                                         J. OWEN FORRESTER
                                         SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court could construe Plaintiff's current set of motions as requests that this court allow the Eleventh Circuit to determine whether Plaintiff should be allowed to proceed with his appeal in forma pauperis. To the extent that this is Plaintiff's position, the Eleventh Circuit, itself, has denied Plaintiff in forma pauperis status on appeal.